**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 14-00539 WHA |
| Plaintiff, | |
| v. | **REQUEST FOR PROBATION AND GOVERNMENT RESPONSE** |
| CHAO WEN WU, | |
| Defendant. | |

Defendant Chao Wen Wu has filed a pro se letter asking if he is eligible for a sentencing reduction under the minor role amendment to the guidelines (Amendment 794) and *United States v. Quintero-Leyva*, 823 F.3d 519, 521 (9th Cir. 2016).

The government and probation are requested to respond by **OCTOBER 17, 2016.**

**IT IS SO ORDERED.**

Dated: October 3, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE